No. 96–5604. GRASMICK v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5605. FISHER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5616. BELL v. CITY OF HALLANDALE, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5636. BAIRD ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5638. SHOEMAKER v. CARLOS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5653. FAULDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5681. BONTA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5848. LAND v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5851. BONTY v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5859. WILLIAMS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5860. WOOD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5876. GAUTHIER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5877. GARRETT v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5878. HARPSTER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5950. JONES v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5977. HARRISON v. THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.